Dear Mrs Louise Pearson · Clerk of the Texas
Court of Criminal Appeals:

This document contains some
pages that are of poor quality
at the time of imaging.

Enclosed is a 'Motion to Leave to ~~file~~ hear,
~~to file~~ Hill's Writ of Mandamus

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 03 2015

Abel Acosta, Clerk

And

Hill's Writ of Mandamus ~~Again~~ with exhibits
Against Harris County District Clerk
Chris Daniel, to file with the Court.

Certificate of Service both served 5/31/15

Thank you

P.S
I would like to request
a copy of this writ return
to me if possible with exhibits.
Thank you

Brian D. Hill #1682080
Ellis Unit
1697 Fm 980
Huntsville, Texas
77343

# Cover Sheet - ⊗

Brian Douglas Hill #1631080 -  X     In the Texas
Relator
                   X     Court of Criminal
                   X
Chris Daniel             X     Appeals
Harris County District     X
Clerk · In His Official Capacity -   X
Respondent             X

## Motion to Leave to hear Extraordinary Matter (Tx Rules App Proc) 72.1

Contents (3 pages)

   P 1,2 Motion to Leave

   p 2   Order granting Leave

   p 3   Certificate of Service


\* A pleading under Writ of Habeow Corpus 1238827A and supplement and memorandums

Brian Douglas Hill #1681080 -    X

Relator                X    In the Texas Court

      v                     X    of Criminal Appeals

Chris Daniel             X

Harris County District Clerk    X

In His Official Capacity,      X

Respondent

## Motion to Leave to hear ~~the~~ Extraordinary Matter According to Texas Rule of Appellate Procedure 72.1 namely a Writ of Mandamus

I, Brian Douglas Hill ~~Relator~~ TDC# 1238827 residing in Huntsville, ~~Texas~~ in Walker County, Texas At the Ellis Unit address being as follows:

> Brian D. Hill #1681080
> Ellis Unit
> 1697 Fm 980
> Huntsville, Tx 77343

Would like to respectfully request the Texas Court of Criminal Appeals to take time in leave to hear Realator's writ of mandamus against Chris Daniel - Harris County District Clerk ~~to~~ in order to compel him to ~~transmitted~~ Hill's 11.07 Writ of Habeous Corpus ~~and~~, it's memorandums and supplements to the Court of Criminal Appeals in accordance with Rules of Appellate Procedure 73.4 + 73.5. stating on 181st day from reciept it must ~~before~~ ~~be~~ be forwarded to the Court of Criminal Appeals. (Tx Rules of Court-Handbook 2015 Effective Jan 1, 2014) Hill's 11.07 Writ No. is 1238827A And memorandums and supplements ~~Mailed~~ recieved 9/26/14 by District Clerk.

29

Brian D. Hill #1681080
Relator

v

Chris Daniel
Harris County District
~~Clerk~~ Clerk in Off Capacity-
Respondent

X
X
X
X
X
X

WRIT NO.

In the Texas
Court of Criminal
Appeals

ORDER Granting or Denying

Motion to Leave to hear Extraordinary Matter
According to Texas Rules of Appellate Proc. 72.1

Grant _____          Denied _____

~~date~~ Signed:

date:

Certificate of Service

A true and copy of this motion has been sent May
31, 2015 by U.S. Mail to Chris Daniel - District Clerk
of Harris County 1200 Franklin, Houston, Tx 77002.

signed; Brian D. Hill #1681080
Ellis Unit
1697 FM 980
Huntsville, Texas 77343

## Writ of Mandamus #_____

Brian Douglas Hill #1681080,
   Relator

       v

Chris Daniel. Harris County
District Clerk. In His Official
Capacity,
    Respondent

X X X X X X X Y

In the Texas Court of Criminal Appeals

## Writ of Mandamus

I Brian Douglas Hill #1681080 Relator Acting **Pro Se** in the this cause would like to file this original Application for Writ of Mandamus pursuant to Texas Rules of Appellate Procedure 73.4(b)(4)(5) and 73.5. Also Texas Code of Criminal Proc Art 2.21 And Texas Code of Crim Proc Art 11.07 Sec 3 (c). Acting Pro Se, incarcerated and no copier Available Relator request an exception to Tx Rule App Proc 9.3 pertaining to copies under rule 9.3 (c) and allow to proceed.

I. Brian Douglas Hill #1681080 Am presently incarcerated in the Texas Department of Criminal Justice - Ellis Unit in Huntsville, Texas Address being as follow:

      Brian Douglas Hill #1681080
      Ellis Unit
      1697 Fm 980
      Huntsville, Texas 77343

Relator has exhausted all remedies and has no other remedy at law. The act compelled is ministerial and not descretionary according to ~~Rule~~ Rule 73.4(b)(4)(5) ....

        ( next page)

of Appellate Procedure which states in part:

4) The district clerk shall ~~forward~~ also include in the record (11.07) transmitted to the Court of Criminal Appeals, among any other pertinent papers or supplements ... any proposed findings of facts or conclusion of law ... filed by ~~any~~ either party. (objections included)

5) On the 181st day from the reciept of application by the State of a post conviction application for writ of habeous corpus under Article 11.07, the districk clerk shall forward the writ record to this Court (Court of Criminal Appeals) unless district court has recieved an extension of time from the Court of Criminal Appeals pursuant to Rule 73.45. (eff Jan 1,2014)

Also Rule 73.5 (Time Frame for Resolution of Claims Raised in Application) states in part:

Within 180 days from the date of reciept of the application by the State, the convicting court shall resolve issues that the court has timely designated for resolution.
Any motion for extension has to be filed in the Court of Criminal Appeals before the expiration of the 180-day period.

No Copy of writ of ~~Habeas~~ Habeas Corpus, any answers filed, or reciept reciting date upon which either has been done ~~and has been transmitted~~ to the Court of Criminal Appeals. Had this been done ~~respondeat~~ by Respondent as required by statue Relator would have recieved noticed by Court of Criminal Appeals or objected if deemed necessary to findings.

Respondent Chris Daniels in his capacity as District Clerk of Harris County, Texas has a ministerial duty to recieve and file all papers in a criminal proceeding and perform all duties pertaining pursuant to law TCCP Art 2.21, TCCP 11.07 Sec 3(c) And Tx Rules of Appellate procedure 73.4 And 73.5 mentioned in this WRit.

Relator has on several occassions tried to compel the Respondent And District Court 208th ~~to either~~ to forward Hill's 11.07 WRit of Habeous Corpus* 1238882?A it's memorandums and ~~supplemental received by district clerk~~ supplements (supplements recieved by District Clerk 9/26/14)

1) Original Habeous Corpus Writ designating issues - (ineffective assistance of counsel)

    Exhibit # 1

2) <u>Supplement</u> mailed and recieved with return reciept ~~number~~ signed

    Exhibit # 2 < certified mail # 7013 1710 0001 0996 5026
    return reciept signed by · D. Lonon 9-29-14

3) Motion Requesting ~~writ and~~ 11.07 writ 1238882?A, supplement and memorandums be resolved or forwarded - Exhibit # 3

4) Letter requesting ~~with~~ 11.07 writ 1238882?A, supplement and memorandum be forwarded according to ~~rule~~ Rule App. Proc 73.4 & 73.5

4) continued... Exhibit # 4 ~~state~~ (showing request that Clerk forward ".07" writ # # 1238827A, supplement and memorandums)

It's has been over two years since Relator's 11.07 writ # 1238827A was designated issues or mailed off and 8 plus months since Relator's supplement WRIT ERRORS and memorandum to 11.07 WRIT 1238827A was mailed off and ~~recieved~~ recieved by clerk see Exhibit # 1 and #2.

Both original mailed to 11.07 writ and supplement WRIT ERRORS are in violation of Texas Rule of Appellate Proc ~~73.4+73.5~~ -73.4 Filing and Transmission of Habeous Record and - 73.5 Time Frame for Resolution of Claims Raised in Application. (Eff Jan 1 2014)

To date, Relator has recieved no response regarding Relator's request to transmit or resolve ~~has~~ 11.07 writ of Habeous Corpus 1238827A, it's supplement ERRORS and memorandums and any answers ~~for the~~ filed NOR any certificate reciting date any of the above was done or forward to Court of Criminal Appeals.

Respondent has repeatedly been put on noticed and ~~has~~ is in violation of his ministerial duties according to Tx Rule of Appellate Proc 73.4 & 73.5.

# Prayer For Relief

Relator Brian D. Hill, pro se, respectfully request that respondent be ordered to ~~Aff~~ forward 11.07 Writ of Habeous Corpus 1238827A, it's supplement ERRORS 1-4 mailed 9/26/14 (see Exhibit # 2) and ~~the~~ 2 supporting memorandums to the Tx Court of Criminal Appeals for review and disposition. in Accordance with Tx Rules of Appellate Procedure 73.

Respectfully Submitted

Brian D. Hill #1681080

Relator

## Oath

I, Brian D. Hill residing in ~~Wa~~ Walker County, Texas do swear under oath that the facts in the Above Writ of Mandamus are true ~~and~~ CORRECT.

5/29/15   sign Brian D. Hill #1681080

## Certificate of Service

I hereby certify that A true and correct copy of the above Application for Writ of Mandamus was served on May 31, 2015 by placing copy in the U.S. Mail addressed to Chris Damel 1200 Franklin Houston, Tx 77002 on this the 31 day of May 2015

Brian D. Hill

Writ of Mandamus #

# Cover Sheet

Exhibits # 1 contents -

Motion and order designating issues _filed_ by Chris Daniel - HARRIS County District Clerk 5/31/13 and signed by Denise Collins · ~~Deni~~ 208th District court Judge 6/4/13 and mailed to ~~Respondent~~ Relator 6/7/13. * <u>Hill has only one copy to afford the Court but Records are filed with HARRIS County District Clerk for respondents retrieval</u>. Hill has notified ~~out~~ respondent of this.

Exhibit # 2

Handwritten copy of certified mail ~~number~~ number with return receipt signed.



**CHRIS DANIEL**
HARRIS COUNTY DISTRICT CLERK

Exhibit #1 (3 pages)

June 7, 2013

BRIAN HILL
#01681080 WYNNE UNIT
~~810 FM 2821~~
~~HUNTSVILLE, TX 77349~~

To Whom It May Concern:

Pursuant to Article 11.07 of the Texas Code of Criminal Procedure, please find enclosed copies of the documents indicated below concerning the Post Conviction Writ filed in cause number 1238827A in the 208th District Court.

☐ State's Original Answer Filed ,

☐ Affidavit ,

☐ Court Order Dated ,

☐ Respondent's Proposed Order Designating Issues and Order For Filing Affidavit.

☐ Respondent's Proposed Findings of Fact and Order ,

☒ Other

Sincerely,

Leslie Garcia, Deputy
Criminal Post Trial

lg

Enclosure(s) – STATE'S PROPOSED ORDER DESIGNATING ISSUES

Cause No. 1238827-A

EX PARTE §  IN THE 208th DISTRICT COURT

§  OF

BRIAN HILL, §  HARRIS COUNTY, TEXAS
   Applicant

## MOTION REQUESTING DESIGNATION OF ISSUES

The State of Texas, by and through its Assistant District Attorney for Harris County, requests that

this Court, pursuant to TEX. CODE CRIM. PROC. art. 11.07, §3(d), designate the following issues which need

to be resolved:

1. Whether the applicant was denied effective assistance of counsel;


Service has been accomplished by mailing a true and correct copy of the foregoing instrument

to the following address:

Brian Hill
#01681080
Wynne Unit
810 FM 2821
Huntsville, TX 77349

SIGNED this 31st day of May, 2013.

Respectfully submitted,

Jamie Burro
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-6657, (713) 755-5240 (fax)
Texas Bar I.D. #24059518

FILED
Chris Daniel
District Clerk

MAY 31 2013

Time:

By

Cause No. 1238827-A

| | | |
|---|---|---|
| EX PARTE | § | IN THE 208th DISTRICT COURT |
| | § | OF |
| BRIAN HILL, Applicant | § | HARRIS COUNTY, TEXAS |

## STATE'S PROPOSED ORDER DESIGNATING ISSUES

Having reviewed the applicant's application for writ of habeas corpus, the Court finds that the following issues need to be resolved in the instant proceeding:

1. Whether the applicant was denied effective assistance of counsel;

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issue and then enter findings of fact.

The Clerk of the Court is **ORDERED** **NOT** to transmit at this time any documents in the above-styled case to the Court of Criminal Appeals until further order by this Court.

By the following signature, the Court adopts State's Proposed Order Designating Issues.

JUN 0 4 2013

SIGNED on the _____ day of _____, 2013.

_____ , JUN 0 4 2013
PRESIDING JUDGE

Writ of Mandamus # _____

Exhibit # 2    (2 items)

1) Handwritten copy of certified mail number to supplement writ ERRORS (1-4), it's memorandum, and Exhibits (1-4) mailed to District Clerk Chris Daniel · HARRIS County, Tx.

   A) Certified mail reciept # 7013 1710 0001 0996 5026

   ~~B) return receipt signed by D. Lonon 09/29/14~~

2) Handwritten named of o reciepiant who originally signed return reciept for above mention supplement writ mailed to HARRIS County, Tx

   A) Return Receipt signed by: D. Lonon 9/29/14

* There has been only 1 supplemental writ with 4 ERRORS, it's memorandum and Exhibits mailed to Ð HARRIS County, District Clerk Chris Daniel to file. ~~and~~ (certified mail with return reciept mailed 9/26/14 and recieved 9/29/14

Writ of Mandamus # _____

Exhibit # 3            and        Exhibit # 4

(Both attached)


Exhibit # 3  contents - motion requesting 11.07 WRIt 1238827A
                   It's supplement and (2) memorandums be resolved
                   or forwarded to Court Criminal Appeals



Exhibit # 4  contents - Letter to District Cour Clerk
                   Chris Daniel - HARRIS County, TX
                   requesting 11.07 WRit 1238827A, it's
                   supplement and memorandums be forwarded
                   to Court of Criminal Appeal pursuant to TX
                   Rule of Appellate Proc 73.4 & 73.5

Ex Parte Brian Hill   Writ 1238827A         In the 208th
                                             District Court of
        vs                    X              Harris County Texas
State of Texas                X
                              X
                              X

          Motion to Request Habeous Corpus (M.02)
   Writ 1238827A And it's Supplement ERRORS be resolved
   And/or forwarded to the Court of Criminal Appeals
   pursuant to Tex Code Crim Proc Art 11.07 Sec 3(d)


        An order designating the issues of ineffective assistance
of counsel was signed and filed by Jun 4, 2013 by Judge
Collins And Filed June 7, 2013 by District Clerk Chris Daniel.
(see Attached Enclosed Exhibit #1 (3 pages)) But no order requesting
An Affidavit from my trial Attorney Charles Brown was ever
made or Charles Brown has not responded to Accusations.
   It has been twenty months since the order designating the
issues of ineffective Assistance of counsel was given And no
other findings of facts, court orders to resolve the issue or
conclusions have been made since. My writ has ineffect
stalled in the 208th district court. No orders by the trial
court to resolve the issue of ineffective Assistance of counsel
According to CCP Art 11.07 Sec 3(d) have been made. No
request for an Affidavits from trial Attorney Charles Brown in
order to resolve the issue at hand. Therefore no findings of
fact or conclusions have been made by the state or trial court.
I, Brian D. Hill, would like to request my writ 1238827A And
it's supplement errors (recently mail to District Clerk Daniels 9/26/14
with return receipt receieved) be resolved and/or forwarded to the
Court of Criminal Appeals.
              (Certificate of Service - next page)

                        ① of 3

Ex Parte Brian Hill     Writ 1238827A     In the 208th
vs                    District Court
State of Texas            of Harris County

Order to Motion to Request Habeous Corpus (11.07) writ 1238827A and it's Supplement ERRORS be resolved and/or forwarded to the Court of Criminal Appeals pursuant to Texas Code Crim Proc Art 11.07 Sec 3(d)

Granted _____

Denied _____

dated and signed _____

Ex parte Brian Hill     Writ 1238827A     In the 208th
     vs                  x             District Court
State of Texas           x           of Harris County
                       x
                       x

## Certificate of Service to Motion to Request Habeous Corpus 11.07 writ # 1238827 and it's supplement errors be resolved and /or forwarded to Court of Criminal Appeals pursuant to Code of Crim Proc Art 1107 sec 3 (d)

I, Brian D. Hill have performed service by mailing a true and correct copy of the foregoing instrument to the following addresses:

Devon Anderson
~~Devon Anderson~~ — ~~District~~ District Attorney
c/o Harris County District Attorney's Office
1201 Franklin Suite 600
Houston, Tx 77002

Public Defender's Office — ~~Alex Bunn~~
Harris County
1201 Franklin 13th Floor
Houston, Tx 77002

Respectfully Submitted,
Brian D. Hill   1-20-15

Brian D. Hill # 1681080
Ellis Unit
1697 Fm 980
Huntsville, Texas 77343

Dear Mr Chris Daniel (HARRIS County Districk)
Clerk

3/27/15

In 11.07 ~~CASE~~ writ no. 1238827A and supplement Along with memorandums filed by your office June 7, 2013 on initial 11.07 writ 1238827A then ~~1238827A~~ supplement writ recieved on September 26, 2014; In total it has been almost two years since the issues were designated June 7, 2013 on my 11.07 writ 1238827A And its supplement ERRORS. I would like to request my 11.07 writ be forwarded to the Texas Court of Criminal Appeals According to ~~the~~ Rule 73.4(5) stating on the 181st day reciept of application for 11.07 habeous corpus the district court shall forward the writ record to the Tx Court Crim App unless district court has recieved extension. This rule is in the Texas Rules of Court 2014 Edition Rule of Appellate Procedure Rule 73.4(5) And 73.5. (page 422 & 423) 'Filing And Transmission of Habeous Record Rule 73.4 And Time Frame for Resolution of Claims ~~Raised~~ Raised in Application Rule 73.5 both effective Jan 1, 2014. I would like to request ~~the~~ Harris County District Clerk Chris Daniel

(next page)

pg 1 of 2

forward my Entire 11.07 ~~Habeas~~ Writ of Habeous 1238827A and its supplement ERRORS and memorandums to the ~~Co~~ Texas Court of Criminal Appeals according to Texas Rules of Appellate Procedure 73.4(5) and 73.5 (Writ filed in 208th court.)

Thank you!

Sincerly,
Brian D. Hill           3/24/15

Return Address:

Brian D. Hill #1681080
Ellis Unit
1697 FM 980
Huntville, Texas 77343

pg 2 of 2